MAW;cjn
AO 91 (Rev. 11/11) Criminal Complaint                                                                     2025R00479

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 25-MJ-594 |
| ROBERT IVERS | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about between February 2025 and September 5, 2025, in the State and District of Minnesota, defendant Robert Ivers threatened to assault and murder a United States judge, that is Federal Judge A, with intent to retaliate against such judge on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

I further state that I am an FBI Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
*Complainant's signature*

COLE SCRIBNER, SPECIAL AGENT
FBI
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime/Zoom and email) pursuant to Fed. R. Crim. P. 41(d)(3).

Date:    September 8, 2025

_____
*Judge's Signature*

City and State: ST. PAUL, MN

The Honorable Elizabeth Cowan Wright
United States Magistrate Judge
*Printed Name and Title*