UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **INDICTMENT** |
| v. | ) 18 U.S.C. § 115(a)(1)(B) |
| | ) 18 U.S.C. § 875(c) |
| ROBERT PHILLIP IVERS, | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Threatening To Assault and Murder a Federal Judge)

From in or about February 2025 to September 2025, in the State and District of Minnesota, the defendant,

**ROBERT PHILLIP IVERS,**

did threaten to assault and murder Federal Judge A, a United States judge, with the intent to retaliate against Federal Judge A on account of the performance of official duties, all in violation of Title 18, United States Code, Section 115(a)(1)(B).

### COUNT 2
(Threatening To Assault and Murder a Federal Judge)

From in or about February 2025 to September 2025, in the State and District of Minnesota, the defendant,

**ROBERT PHILLIP IVERS,**

did threaten to assault and murder Supreme Court Justice A, a United States judge, with intent to impede, intimidate, and interfere with Supreme Court Justice A while engaged in the performance of official duties, and with the intent to retaliate against

SCANNED
SEP 1 1 2025
U.S. DISTRICT COURT MPLS

U.S. v. Robert Phillip Ivers

Supreme Court Justice A on account of the performance of official duties, all in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 3
(Interstate Transmission of a Threat to Injure the Person of Another)

In or about February 2025, in the State and District of Minnesota, the defendant,

**ROBERT PHILLIP IVERS,**

did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another, namely, threats to injure Defense Attorney A, Federal Judge A, and Supreme Court Justice A, by sending a mailing to Defense Attorney A in Minnesota, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____    _____
ACTING UNITED STATES ATTORNEY       FOREPERSON

2