# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT PHILLIP IVERS,<br><br>　　　　　Defendant. | 25-CR-347 (KMM/SGE)<br><br>**ORDER OF DISQUALIFICATION** |

　　Because the defendant in this matter has been convicted of threatening a District Judge of this District – and is currently being prosecuted for allegedly threatening a Probation Officer employed by this District – all District Judges and Magistrate Judges are disqualified from presiding over this matter.

DATED: September 11, 2025　　　　　　　　　　s/Patrick J. Schiltz
at Minneapolis, Minnesota.　　　　　　　　　　PATRICK J. SCHILTZ
　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　United States District Court