UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-347 (KES/VLD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION IN LIMINE |
| v. | ) | #4: TO MAINTAIN COURTROOM |
| | ) | DECORUM |
| ROBERT PHILLIP IVERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Assistant United States Attorneys Bradley M. Endicott and William C. Mattessich, respectfully moves this Court to admonish the defendant at the outset of trial that he may be removed from the courtroom if he disrupts the proceedings. At two status conferences in this case, Mr. Ivers repeatedly interrupted the Court and counsel during proceedings. These interruptions included insults, profanities, and aggressive statements about Mr. Ivers's opinions on the case. Such behavior risks prolonging the proceedings, creating confusion on the record, and influencing the jury.

If Mr. Ivers becomes disruptive, the Court may and should exercise its inherent authority to remove Mr. Ivers from the courtroom. "Although a criminal defendant has a constitutional right to be present for all phases of his trial, this right is not absolute." *United States v. Williams,* 431 F.3d 1115, 1119 (8th Cir. 2005). "[A] defendant can lose his right to be present at trial if, after he has been warned by the judge that he will be removed. . .he nevertheless insists on conducting himself in a manner so disorderly, disruptive, and

disrespectful of the court that his trial cannot be carried on with him in the courtroom." *United States v. Ward,* 598 F.3d 1054, 1058 (8th Cir. 2010) (quoting *Illinois v. Allen,* 397 U.S. 337, 343 (1970)). The decision to remove an unruly defendant is reviewed for abuse of discretion. *Ward,* 598 F.3d at 1058.

Dated: July 28, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ William C. Mattessich*
BY: BRADLEY M. ENDICOTT
WILLIAM C. MATTESSICH
Assistant United States Attorneys