UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT PHILLIP IVERS, *also known as* Robert Ivers,<br><br>Defendant. | 0:25-CR-00347-KES<br><br><br>RESPONSE TO JURY NOTE #1 |

I received a note signed by your foreperson that reads as follows:

*Would it be possible to get a copy of the full manuscript?*

### RESPONSE

The exhibits that were admitted into evidence are all in your possession.

No additional documents can be provided to you.

BY THE COURT:

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE



SCANNED
AUG 0 7 2026
U.S. DISTRICT COURT ST. PAUL