UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT PHILLIP IVERS, *also known as* Robert Ivers,<br><br>Defendant. | 0:25-CR-00347-KES<br><br><br>RESPONSE TO JURY NOTE #2 |

I received a note signed by your foreperson that reads as follows:

*In D2 exhibit, is that a fair representation of what pages were sent to Judge (A)?*

**RESPONSE**

You heard the testimony about D2 Exhibit during the trial. You need to rely on your recollection of the evidence.

BY THE COURT:

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE


SCANNED
AUG 0 7 2026
U.S. DISTRICT COURT ST. PAUL