## UNITED STATES DISTRICT COURT
## STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
v.
**ROBERT PHILLIP IVERS**

**GOVERNMENT'S EXHIBIT LIST**

Criminal No.  25-347 (KES/VLD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Karen E. Schreier | Bradley M. Endicott<br>William C. Mattessich<br>Assistant U.S. Attorneys | Glenn P. Bruder |
| TRIAL DATE(S)<br>August 4-7, 2025 | COURT REPORTER<br>LESLIE RUIZ | COURTROOM DEPUTY<br>Lynn McGee / CASEY SWANSSON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | 8/4/26 | | 8/4/26 | Photos of manuscript styled *How To Kill A Federal Judge*, dated February 12, 2025 • |
| 2 | | 8/5/26 | | 8/5/26 | Photos of manuscript styled *How To Kill A Federal Judge*, dated February 13, 2025 • |
| 3 | | 8/4/26 | | 8/4/26 | Photos of U.S. Postal Service Flat Rate Envelope, addressed to Fredriksen & Byron, postmarked February 10, 2025 • |
| 4 | | 8/5/26 | | 8/5/26 | USPS Tracking Records for U.S. Postal Service Flat Rate Envelope, addressed to Fredriksen & Byron, postmarked February 10, 2025 • |
| 5 | | 8/5/26 | | 8/5/26 | Photos of First-Class Mail Envelope sent to University of Saint Thomas, postmarked April 2, 2025 • |
| 6 | | 8/5/26 | | 8/5/26 | First-Class Mail Envelope sent to University of Saint Thomas, postmarked April 2, 2025 • |
| 7 | | 8/5/26 | | 8/5/26 | USPS Tracking Records for First-Class Mail Envelope sent to University of Saint Thomas, postmarked April 2, 2025 • |
| 8 | | | | | Photographs of items collected from St. Thomas University, on April 7, 2025 |
| 9 | | 8/5/26 | | 8/5/26 | Excerpts from *How to Kill a Federal Judge* by Robert Ivers, sent to University of Saint Thomas • |
| 10 | | | | | USB containing a digital copy of *How to Kill a Federal Judge* by Robert Ivers, sent to University of St. Thomas |


SCANNED
AUG 0 7 2026
U.S. DISTRICT COURT ST. PAUL

1 of 4

CASE 0:25-cr-00347-KES-VLD    Doc. 127    Filed 08/04/26    Page 2 of 4

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 11 | | 8/5/26 | | 8/5/26 | Body-Worn Camera Video of Officer Mikali Talbott, dated April 7, 2025  • |
| 12 | | | | | Still Images from Body-Worn Camera Video of Officer Mikali Talbott, dated April 7, 2025 |
| 13 | | | | | Certificate of Records, United States Postal Service |
| 14 | | | | | Certificate of Records, Fredriksen & Byron, P.A. |
| 15 | | 8/4/26 | | 8/4/26 | Email re: "Mystery Mail", Fredriksen & Byron, dated February 12, 2025  • |
| 16 | | 8/4/26 | | 8/4/26 | Clip of Audio Recording of Interview with Defendant, March 14, 2018 |
| 18 | | | | | Audio Recording of Interview with Defendant, September 1, 2017 |
| 19 | | 8/5/26 | | 8/5/26 | First Clip of Audio Recording of Interview with Defendant, September 1, 2017  • |
| 20 | | 8/5/26 | | 8/5/26 | Second Clip of Audio Recording of Interview with Defendant, September 1, 2017 • |
| 21 | | | | | Transcript of Interview with Defendant, September 1, 2017 |
| 22 | | | | | Audio Recording of Interview with Defendant, January 4, 2017 |
| 23 | | | | | Transcript of Interview with Defendant, January 4, 2017 |
| 24 | | | | | Audio Recording of Interview with Defendant, March 14, 2018 |
| 25 | | | | | Transcript of Interview with Defendant, March 14, 2018 |
| 26 | | 8/5/26 | | 8/5/26 | Video Recording of Interview of Defendant, September 5, 2025  • |
| 27 | | | | | Transcript of Interview with Defendant, September 5, 2025 |
| 28 | | 8/4/26 | | 8/4/26 | Certified Court Records, *Ivers v. CMFG Life Ins. Co.*, No. 15-1577 (WMW-BRT) |
| 29 | | 8/5/26 | | 8/5/26 | Certified Court Records, *Ivers v. CMFG Life Insurance Company,* 17-cv-5068 (RWP/CFB)  • |
| 30 | | 8/5/26 | | 8/5/26 | Certified Court Records, *United States v. Robert Ivers,* 18-CR-90 (RWP/CFB)  • |

CASE 0:25-cr-00347-KES-VLD    Doc. 127    Filed 08/04/26    Page 3 of 4

| PLF. NO. | DEF. NO. | DATE OFFE RED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 31 | | 8/5/26 | | 8/5/26 | Handwritten Notes by Defendant, recovered by Wayzata Police Department on September 5, 2025 • |
| 32 | | | | | Manuscript recovered by Wayzata Police Department on September 5, 2025 |
| 33 | | | | | Three-page excerpt recovered by Wayzata Police Department on September 5, 2025 |
| 34 | | | | | Trial Transcript Vol. 1, *United States v. Ivers*, 18-CR-90 (RWP/CFB) |
| 35 | | | | | Trial Transcript Vol. 2, *United States v. Ivers*, 18-CR-90 (RWP/CFB) |
| 36 | | | | | Trial Transcript Vol. 3, *United States v. Ivers*, 18-CR-90 (RWP/CFB) |
| 37 | | | | | Trial Transcript Vol. 4, *United States v. Ivers*, 18-CR-90 (RWP/CFB) |
| 38 | | | | | Email from Heather Arent to Dep. Farris Wooten, Dated 8/23/2017 |
| 39 | | 8/4/26 | | 8/4/26 | Defendant's Letter to Judge WMW, Posted 10/31/16 |
| 40 | | | | | Defendant's Letter, ECF 87 |
| 41 | | | | | Defendant's Letter, ECF 88 |
| 42 | | | | | Defendant's Letter, ECF 89 |
| 43 | | | | | Defendant's Letter, ECF 90 |
| 44 | | | | | Exhibit filed by Defendant, ECF 92 |
| 45 | | | | | Notice filed by Defendant, ECF 93 |
| 46 | | | | | Declaration by Defendant, ECF 94 |
| 47 | | | | | Declaration by Defendant, ECF 97 |
| 48 | | | | | Declaration by Defendant, ECF 98 |
| 49 | | | | | Declaration by Defendant, ECF 100 |
| 50 | | | | | Declaration by Defendant, ECF 101 |
| 51 | | | | | Complaint by Defendant, ECF 102 |
| 52 | | 8/5/26 | | 8/5/26 | Envelope of manuscript mailed to Judge A, dated February 10, 2025 • |
| 53 | | 8/5/26 | | 8/5/26 | Letter mailed to Judge A, dated February 10, 2025 • |

CASE 0:25-cr-00347-KES-VLD   Doc. 127   Filed 08/04/26   Page 4 of 4

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 54 | | | | | Defendant's Letter, ECF 124 |

*The Government reserves the right to amend this list as evidence develops in preparation for trial, at trial, on cross-examination, and in any rebuttal case*