AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Minnesota _____

United States

V.

Robert Phillip Ivers

## EXHIBIT LIST

Case Number: 25-cr-347 (KES/VLD)

| PRESIDING JUDGE | | | | | |
|---|---|---|---|---|---|
| Karen E. Schreier | | | PLAINTIFF'S ATTORNEY Bradley Endicott, William Mattessich | | DEFENDANT'S ATTORNEY Glenn P. Bruder |

| TRIAL DATE (S) | | | | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|---|---|---|
| August 4, 2026 - August 6, 2026 | | | | LESLIE RUIZ | LYNN McGEE / CASEY SWANSSON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | D-1 | 8/6/26 | | 8/6/26 | "Benefits Sheet" composed by Defendant to accompany mailings of "How to Kill a Federal Judge" |
| | D-2 | 8/6/26 | | 8/6/26 | Early draft of manuscript forming basis for Defendant's book mailed to recipients in 2025 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

SCANNED
AUG 0 7 2026
U.S. DISTRICT COURT ST. PAUL

Page 1 of ____1____ Pages