UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT PHILLIP IVERS, *also known as* Robert Ivers,<br><br>Defendant. | 0:25-CR-00347-KES<br><br>SENTENCING SCHEDULING ORDER |

Defendant, Robert Phillip Ivers, was found guilty of two counts of Mailing a Threat to Injure the Person of Another, and one count of Threatening to Murder a United States Judge after a jury trial. Docket 137. The court informed Ivers that his sentencing would follow. Thus, it is

ORDERED that deadlines are as follows:

| **Filer** | **Document** | **Event** | **Date** |
|---|---|---|---|
| Probation Officer | Draft Presentence Report | Draft Presentence Report | October 6, 2026 |
| Counsel | Objections | Sealed Objections to Presentence Report | October 20, 2026 |
| Counsel | No objections | Notice of No Objections to Presentence Report | October 20, 2026 |
| Counsel | Letters of support | Sealed Letter(s) of Support | November 17, 2026 |
| Counsel | All other presentence-related documents | Appropriate Sealed Event | November 17, 2026 |
| Probation Officer | Final Presentence Report and Addendum | Final Presentence Report | November 17, 2026 |

| | | |
|---|---|---|
| Sentencing hearing | | Tuesday, November 24, 2026, at 1:30 p.m. |

Dated August 7, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE